UNITED STATES COURT OF INTERNATIONAL TRADE               FORM 11

| | |
|---|---|
| ZOOM NORTH AMERICA LLC,<br>     *Plaintiff,*<br>  v.<br><br>The UNITED STATES OF AMERICA; UNITED STATES CUSTOMS AND BORDER PROTECTION; RODNEY SCOTT, *in his official capacity as Commissioner of United States Customs and Border Protection*; DONALD J. TRUMP, *in his official capacity as President of the United States*; EXECUTIVE OFFICE OF THE PRESIDENT; JAMIESON GREER, *in his official capacity as United States Trade Representative*; OFFICE OF THE UNITED STATES TRADE REPRESENTATIVE; HOWARD LUTNICK, *in his official capacity as Secretary of Commerce,*<br><br>     *Defendants.* | Court No. 25-cv-00321 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for Zoom North America LLC, Plaintiff, in this action

☐ and for the parties indicated in the actions listed on the attached schedule and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the government, who is responsible for the litigation is <u>Eric R. Rock</u>.

|  |  |
|---|---|
|  | /s/ Eric R. Rock |
| Dated:   December 1, 2025 | _____ |
|  | Eric R. Rock, Attorney |

Rock Trade Law LLC
134 North LaSalle Street, Suite 1800
Chicago, Illinois 60602
312-824-6191 (telephone)
erock@rocktradelaw.com (e-mail)